1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, DENNIS BOWER

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,    )   CASE NO. 6:07-mj-00034-WMW
                                )
11         Plaintiff,            )
                                )   STIPULATION TO CONTINUE
12                              )   MOTION HEARING TO
                                )   AUGUST 20, 2007
13 vs                            )
                                )
14 DENNIS BOWER,                 )
                                )
15         Defendant.            )
                                )
16 _____)

17     IT IS HEREBY STIPULATED by and between the Defendant, DENNIS BOWER, his

18 Attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service,

19 ELIZABETH WALDOW, that the motion hearing currently scheduled for Tuesday, July 10,

20 2007, be continued.  The new schedule shall be: defense counsel's moving papers will be due on

21 July 27, 2007.  Responses will be due on August 14, 2007 and the motion hearing will be on

22 August 20, 2007 at 10:00 a.m.

23

24 Dated:   July 9, 2007            By: /S/ Carol Ann Moses
                                        CAROL ANN MOSES
25                                      Attorney for Defendant
                                        DENNIS BOWER
26 Dated:   July 9, 2007
                                    By: /S/ Elizabeth Waldow
27                                      Elizabeth Waldow
                                        Legal Officer for
28                                      United States Government

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to Continue Motion Hearing until August 20, 2007 at 10:00 a.m. and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Motion Hearing scheduled for Defendant, DENNIS BOWER, shall be continued to August 20, 2007 at 10:00 a.m..

IT IS SO ORDERED.

**Dated:   July 9, 2007          /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE